IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01976-MSK-BNB

RHODORA L. BLANKS,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the plaintiff's **Motion for Status of Pretrial
Conference Date** [docket no. 47, filed June 6, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The pretrial conference has been
vacated until after a decision is rendered on the defendant's summary judgment motion.


DATED: July 16, 2008