IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01976-MSK-BNB

RHODORA L. BLANKS,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

Defendant.

---

## ORDER

---

This matter is before me on the plaintiff's **Motion for Clarification** [Doc. #52] (the "Motion"). Although it is clear that the plaintiff is requesting clarification of my Order dated July 17, 2008 [Doc. #50], the basis of that request is incomprehensible.

IT IS ORDERED that the Motion is DENIED.

Dated August 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge